IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) Case 17 cv 5917 ) |
| | ) Judge Coleman |
| v. | ) ) |
| UNIQUE CASEWORK INSTALLATIONS, INC., | ) ) |
| Defendant. | ) |

## MOTION TO REINSTATE THE CASE AND ENTER JUDGMENT

Now come Plaintiffs, the Trustees of Chicago Regional Council of Carpenters Pension Fund, et al., by their attorney, David Whitfield, of McGann, Ketterman & Rioux, and respectfully requests that this Honorable Court reinstate the case and enter final judgment for the amounts found to be owed. In support of the motion, the Plaintiffs state as follows:

1. Plaintiffs filed their complaint on August 14, 2017, and good service of summons occurred on August 21, 2017. (Exhibit A, Affidavit of Service)

2. At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. (Exhibit B – Signed Agreement)

3. This action arises under Section 502 of the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185). Jurisdiction is founded on the existence of questions arising thereunder.

4. The Defendant must submit monthly reports listing the hours worked by its carpenter employees ("contribution reports") and to make concurrent payment of contributions to the Trust Funds based upon the hours worked by its carpenter employees. (Exhibit C – Sworn Declaration of Kristina Guastaferri)

1

5.  Plaintiffs and the Defendant entered into an Agreed Order of Dismissal on May 23, 2018. (Exhibit D – Agreed Order of Dismissal)

6.  The Defendant breached Paragraph 1 of the agreed Order of Dismissal by failing to maintain the agreed upon monthly installment payments to the Plaintiffs. (Exhibit C – Sworn Declaration of Kristina Guastaferri)

7.  The Defendant breached Paragraph 2 of the agreed Order of Dismissal by failing to remain current in its ERISA monthly reporting and contemporaneous payment obligations to the Plaintiffs. The Defendant owes the Plaintiffs $85,951.35 of the Agreed Order of Dismissal. (Exhibit C – Sworn Declaration of Kristina Guastaferri)

8.  Paragraph 3 of the Agreed Order of Dismissal provides Plaintiffs' the right to seek entry of a judgment if Paragraph 1 or 2 is breached. (Exhibit D -- Agreed Order of Dismissal)

WHEREFORE, Plaintiffs pray:

a)  That the Defendant be ordered to submit payment of $85,951.35 to the Plaintiffs.

i)  That Plaintiffs have such other and further relief as by the Court may be deemed just and equitable all at the Defendant's costs pursuant to 29 U.S.C. §1132(g)(2)(E).

By: /s/ David Whitfield
Attorney for Plaintiffs

McGann, Ketterman & Rioux
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700

2