# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) Case 17 cv 5917 |
| v. | ) ) Judge Coleman |
| UNIQUE CASEWORK INSTALLATIONS, INC., | ) ) ) |
| Defendant. | ) |

## *Judgment*

WHEREAS, Plaintiffs filed their Complaint on August 14, 2017, and the Defendant was served with a copy of the Complaint and Summons on August 21, 2017; and

WHEREAS, the Defendant entered into an agreed order of dismissal stipulating the payments to the Plaintiffs; and

WHEREAS, the Defendant did not submit payments as agreed;

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, Defendant is declared to be have breached the agreed order of dismissal; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, Unique Casework Installations, Inc., in the sum of $140,607.49;

Further, Plaintiffs are awarded their costs and attorneys' fees to execute or otherwise collect on this judgment.

ENTERED: _____
The Honorable Sharon Johnson Coleman
United States District Court Judge

Dated: 8/31/2018