# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Trustees of the Chicago Regional Counsel of Carpenters . vs. Unique

Case Number: 17 CV 5917

An appearance is hereby filed by the undersigned as attorney for:

Amberleaf Cabinetry, Inc., Citation Respondent

Attorney name (type or print): Patrick J. Falahee, Jr.

Firm: Patrick J. Falahee, Jr.

Street address: 53 West Jackson Boulevard Suite 842

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6192121
(See item 3 in instructions)

Telephone Number: (312) 322-1103

Email Address: pjflawoff@ameritech.net

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 26, 2018

Attorney signature: S/ Patrick J.Falahee, Jr.
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015